# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 811 |
| | : | |
| APPOINTMENT TO ORPHANS' COURT | : | SUPREME COURT RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |
| | : | |

# <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2019, the Honorable Lawrence J. O'Toole, Jr., Allegheny County, is hereby appointed as a member of the Orphans' Court Procedural Rules Committee for a term of three years, commencing January 1, 2020.